41220. CITY OF COLUMBUS v. WHIPPLE MUSIC & CIGARETTE COMPANY et al.

JORDAN, Judge. This case is controlled by the decision of this court in the companion case of *City of Columbus v. Atlanta Cigar Co.*, ante. For the reasons stated in that opinion, the trial court did not err in declaring the ordinance under review to be null and void.

*Judgment affirmed. Felton, C. J., and Russell, J., concur.*

ARGUED MARCH 15, 1965—DECIDED MAY 12, 1965—
REHEARING DENIED JUNE 7, 1965.

*Davis & Davis, L. L. Davis, Lennie F. Davis*, for plaintiff in error.

*Swift, Pease, Davidson & Chapman, Tom B. Slade, Max R. McGlamry*, contra.